**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**BILLY JOE HENSON**                                                                                   **PLAINTIFF**
**ADC #77911**

**v.**                                              **5:08CV00048-WRW**

**RANDALL MANUS,** *et al.*                                                                        **DEFENDANTS**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.  After careful review of the findings and recommendations and the timely objections thereto, as well as a *de novo* review of the record, the findings and recommendations are approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, Plaintiff's Motion for Preliminary Injunctive Relief (Doc. No. 19) and Motion to Amend that motion (Doc No. 23) are DENIED.

IT IS SO ORDERED this 15th day of January, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE