IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BILLY JOE HENSON, ADC # 077911**                                                              **PLAINTIFF**

VS.                                         **5:08CV00048-WRW/HLJ**

**RANDALL MANUS, et al**                                                                      **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Henry L. Jones, Jr.,[1] and Plaintiff's objections.[2]

After considering the Recommended Disposition and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Accordingly Defendants' Motion for Summary Judgment (Doc. No. 32) is GRANTED and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 3rd day of March, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 41.

[2] Doc. No. 43.