# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**BILLY JOE HENSON, ADC # 077911**                                                            **PLAINTIFF**

**VS.**                              **5:08CV00048-WRW/HLJ**

**RANDALL MANUS, et al**                                                                  **DEFENDANTS**

## JUDGMENT

Based on the order entered today, Plaintiff's complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 3rd day of March, 2009.

                                                    /s/Wm. R. Wilson, Jr.
                                       UNITED STATES DISTRICT JUDGE